# Court of Appeals
# of the State of Georgia

ATLANTA, __November 07, 2019__

*The Court of Appeals hereby passes the following order:*

**A20D0123. CHARLIE K. MACK v. THE STATE.**

Charlie K. Mack filed this application for discretionary review of the trial court's order allowing Mack to represent himself and granting him 30 days to file an amended motion for new trial. Although the application includes a copy of the order sought to be appealed, it does not contain a stamped "filed" copy of the order as required by Court of Appeals Rule 31 (c), and without it, we are unable to ascertain whether the filing is timely. On October 18, 2019, this Court ordered Mack to supplement his application with a stamped "filed" copy of the order sought to be appealed within 10 days or the application would be dismissed. No stamped "filed" order has been filed within the time allowed. Therefore, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/07/2019_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*